Hamilton H. SWART, III, Plaintiff–Appellant,

v.

Harold W. CLARKE, Director, VDOC; A. David Robinson, Chief Correctional Operations; Mr. Frederick Schilling, Director of Health Services; Earl R. Barksdale, Warden; Clint Davis, Assistant Warden; Lou Dixon, Head Nurse Manager, Defendants–Appellees.

No. 16-6227

United States Court of Appeals, Fourth Circuit.

Submitted: August 22, 2016

Decided: September 13, 2016

Hamilton H. Swart, III, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hamilton Hall Swart appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Swart v. Clarke, No. 7:14–cv–00652–JPJ–RSB, 2016

WL 411022 (W.D. Va. Feb. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED